#1 MCM 1-5-14 8:46 PM
877-237-0512
Ans - "Quit calling this phone #"

MCM 1-5-14 2:12 PM
877-237-0512
Ans - "Quit calling this #"

MCM 1-5-14 7:24 PM
Ans - "Quit calling this phone"

MCM 1-6-14 8:36 AM
877-237-0512
Ans - "Quit calling this phone"

MCM 1-6-14 10:34 AM
877-237-0512
Ans - "Quit calling this phone"

MCM 1-6-14 12:50
877-237-0512
"Quit Calling This Phone"

MCM 1-6-14 3:30 PM
877-237-0512
Ans - said "Quit calling this # — Quit calling this phone"

ADS & Assoc. 1-6-14 3:55 PM
361-288-7692

ADS & Assoc. 1-6-14 3:55 PM    Called them
2nd call 361-288-7692         Told not to call this #

MCM 1-7-14 10:29 AM    Hung up
877-237-0512
"Quit calling this phone" said twice

MCM 1-7-14 2:04 PM hung up
877-237-0512
Said "Quit calling this number" Twice

CBE 1-8-14 8:41 AM
515-954-7687
"Quit calling this number"

MCM 1-8-14 8:53 AM
"Quit calling this number"

**Exhibit 5**